FILED

JUL 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>USPS EXPRESS MAIL PARCEL, ADDRESSED TO "Alexis Lopez, P.O. Box 6279, Stockton, CA 95206," WITH A RETURN ADDRESS OF "Peter Greiss, 6196 Deer Ridge Trl, Springfield, CA 22150" | CASE NO. 2:13-SW-186 AC<br><br>[PROPOSED] ORDER UNSEALING APPLICATION AND SEARCH WARRANT |

The government's request to unseal the application and search warrant in the above case is **GRANTED.**

**SO ORDERED.**

DATED: 7/29/13

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge